IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROGER C. FOUNTAIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. |
| SAFETY SAM INC, DBA SAFETY | § | |
| SERVICES COMPANY | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Sections 1331, 1441(a), and 1446, Defendant Safety Sam Inc. dba Safety Services Company ("Defendant") removes to this Court the action brought by Plaintiff Roger C. Fountain ("Plaintiff"). In support, Defendant states as follows:

### I. BACKGROUND

1. On or about February 1, 2013, Plaintiff filed his Statement of Claim (the "Petition"), Docket No. 32-SC-13-00038, against Defendant in the Small Claims Court, Precinct Three, Place Two, Collin County, Texas, 920 E. Park Boulevard, Suite 210, Plano, Texas 75074. Plaintiff served his Petition upon Defendant by certified mail return receipt requested on February 9, 2013.

2. In his Petition, Plaintiff alleges "Violations of the Federal Do Not Call Registry, Texas State Do Not Call Lists, and the TCPA of 1991." Plaintiff seeks monetary relief, including damages and costs of court.

3. This Notice of Removal, together with all process, pleadings, and orders served on Defendant, or otherwise on file in the State Court action, are being filed in this Court within

30 days after the initial service of citation on Defendant. The removal is therefore timely under 28 U.S.C. § 1446(b).

4. Attached hereto as *Exhibit A* is all information required by Local Rule CV-81 of the United States District Court for the Eastern District of Texas and 28 U.S.C. § 1446(a).

5. A copy of this Notice of Removal is also being filed with the Clerk of the State Court in which the action was filed.

## II. GROUNDS FOR REMOVAL

6. This is a civil action in which Plaintiff claims that Defendant violated federal statutes, including the Telephone Consumer Protection Act, 47 U.S.C. 227, *et. seq.* Accordingly, Plaintiff asserts a federal question under 28 U.S.C. § 1331, therefore, this case is removable under 28 U.S.C. § 1441(a).

7. This Court has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367(a), over all non-removable causes of action contained in the Petition because such causes of action are so related to the removable claims that they form part of the same case or controversy. Alternatively, this Court has jurisdiction over any non-removable claims pursuant to 28 U.S.C. § 1441(c).

WHEREFORE, Defendant gives notice that the action *Roger C. Fountain v. Safety Sam Inc, dba Safety Services Company*, Docket No. 32-SC-13-00038, pending in the Small Claims Court, Precinct Three, Place Two, Collin County, Texas is removed to this Court.

Respectfully submitted,

/s Ryan M. Miller
Angela Clanton Green
Texas Bar No. 24040695
Ryan M. Miller
Texas Bar No. 24070281
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, Texas 75225
214-987-3800 (Telephone)
214-987-3927 (Facsimile)
Angela.Green@ogletreedeakins.com
Ryan.Miller@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was forwarded to Plaintiff, *pro se*, on February 22, 2013, via certified mail return receipt requested:

Roger C. Fountain
P.O. Box 868135
Plano, Texas 75086

/s Ryan M. Miller
Ryan M. Miller

14426302.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ROGER C. FOUNTAIN, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § CIVIL ACTION NO. | |
| SAFETY SAM INC, DBA SAFETY § | |
| SERVICES COMPANY § | |
| § | |
| Defendant. § | |

**INFORMATION REQUIRED BY LOCAL RULE CV-81 FOR REMOVED ACTIONS**

Defendant, Safety Sam Inc. dba Safety Services Company ("Defendant") submits the following information pursuant to Local Rule CV-81(c):

(1) A list of all parties in the case, their party type, and current status of the removed case.

    Plaintiff:    Roger C. Fountain

    Defendant:    Safety Sam Inc., dba Safety Services Company

    Status:    Pending

(2) A civil cover sheet and certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action; all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court as required by 28 U.S.C. § 1446(a).

Please see documents attached as **Exhibit A-1**.

(3) A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number, and party or parties represented by him/her.



**Counsel for Plaintiff**:
Plaintiff is *pro se*.

**Counsel for Defendant**:
Angela Clanton Green
Texas Bar No. 24040695
Angela.Green@ogletreedeakins.com
Ryan M. Miller
Texas Bar No. 24070281
Ryan.Miller@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8117 Preston Road, Suite 500
Dallas, Texas 75225
214-987-3800 (Telephone)
214-987-3927 (Facsimile)

(4)     A record of which parties have requested trial by jury.

Plaintiff has not requested a trial by jury.

(5)     The name and address of the court from which the case is being removed.

Collin County Small Claims Court
Precinct Three, Place Two
920 E. Park Boulevard, Suite 210
Plano, Texas 75074.

                                                Respectfully submitted,

                                                /s Ryan M. Miller
                                                Angela Clanton Green
                                                Texas Bar No. 24040695
                                                Ryan M. Miller
                                                Texas Bar No. 24070281
                                                **OGLETREE, DEAKINS, NASH,**
                                                **SMOAK & STEWART, P.C.**
                                                8117 Preston Road, Suite 500
                                                Dallas, Texas 75225
                                                214-987-3800 (Telephone)
                                                214-987-3927 (Facsimile)
                                                Eva.Turner@ogletreedeakins.com
                                                Ryan.Miller@ogletreedeakins.com

                                                **ATTORNEYS FOR DEFENDANT**

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Roger C. Fountain

**(b)** County of Residence of First Listed Plaintiff   Collin County, Texas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro se

## DEFENDANTS
Safety Sam Inc. dba Safety Services Company

County of Residence of First Listed Defendant   Maricopa County, Arizona
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Angela C. Green and Ryan M. Miller; Ogletree, Deakins, Nash, Smoak & Stewart, P.C.; 8117 Preston Road, Suite 500, Dallas, Texas 75225; (214) 987-3800

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airpla / lity |  |  | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability / ☐ 367 Health Care/ |  | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / Pharmaceutical Personal Injury |  | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' / Product Liability |  | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
|  | ☐ 340 Marine |  |  | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☒ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | Product Liability / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
|  | ☐ 362 Personal Injury - Medical Malpractice |  | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
|  |  | ☐ 790 Other Labor Litigation |  | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations |  |  |  |
| ☐ 245 Tort Product Liability |  / ☐ 530 General |  |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Em / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
|  |  / **Other:** | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  |  / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 448 Education / ☐ 555 Prison Condition |  |  |  |
|  |  / ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1331

Brief description of cause:
Plaintiff sues for alleged violations of federal do not call registry and Telephone Consumer Protection Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE  2/22/2013

SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

EXHIBIT A-1

CAUSE # SC-13-38

ROGER C. FOUNTAIN § In the Small Claims Court
Plaintiff

VS § Precinct Three, Place Two

SAFETY SAM INC. dba SAFETY SERVICES COMPANY § Collin County, Texas
Defendant
By Serving: DEVON DICKINSON

Registered Agent: DEVON DICKINSON

*I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT, PRECINCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT*

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

FILED 2013 FEB -1

## PLAINTIFF'S STATEMENT OF CLAIM

ROGER C. FOUNTAIN, Plaintiff, whose Driver's License number is ** 071 (Last 3 #'s) and whose **MAILING** address is: P.O. BOX 868135  PLANO  TX  75086  COLLIN  TX
                                  Street              City      State  Zip     County  State

and telephone numbers are: 214-701-4531
                            Daytime         FAX         E-mail

SAFETY SAM INC. dba SAFETY SERVICES COMPANY, Defendant, whose Driver's License number is ** u/l/c (Last 3 #'s) and whose **PHYSICAL** address is: 4190 S. PACIFIC DRIVE  CHANDLER  AZ  85248
                                                 Street              City      State  Zip

u/l/c County, Texas, u/k and is justly indebted to the Plaintiff in the sum of:
       Phone Number

$ 9500.00 plus court costs of $ 250.00 for reason(s) of: Violations of the FEDERAL DO NOT CALL REGISTRY, TEXAS STATE DO NOT CALL LISTS, AND THE TCPA of 1991.

plus attorney fees if applicable.
AND there are no counterclaims existing in favor of the Defendant(s) against Plaintiff(s) except:
_____

Plaintiff(s) request(s) a judgment for a sum of money against Defendant's, plus pre-judgment interest, plus reasonable attorney fees, plus all costs of court, plus post-judgment at the highest legal rate.

_____
Plaintiff  (SIGNATURE MUST BE NOTARIZED AT COURT or PRIOR TO FILING)
*****************************************************************************
On this the day, the above named person appeared and swore on an affidavit under oath that the above information set out herein is true and correct.

Subscribed to and Sworn before me this  1st  day of  Feb , 20 13 .

_____                    _____
JP 3-2 Court Clerk OR Notary Public, Collin County, Texas    My Commission Expires

CLERK OF COURT
JUSTICE COURT
COLLIN COUNTY

Judge John E. Payton, JP 3-2    920 E. Park Boulevard    Suite 210    Plano, Texas 75074    972-881-3109    Revised 09-01-2007

CASE NO. 32861338

## AFFIDAVIT SECTION 201 (b)

Plaintiff being duly sworn on oath deposes and says that defendant (s):

(Please check the <u>ONE</u> that applies, sign below as Plaintiff and have this form Notarized)

[X] is NOT in the military.

[ ] is NOT on active duty in the military and/or

[ ] is NOT in a foreign country on military service.

[ ] is on active military duty and/or is subject to the Service members Civil Relief Act of 2003.

[ ] defendant has waived his rights under the Service members Civil Relief Act of 2003.

[ ] military status is unknown at this time.

2013 FEB -1 PM 1:30
JUSTICE COURT
PCT. 3 PL. 2
COLLIN COUNTY, TEXAS
FILED

_____
PLAINTIFF

Sworn to and subscribed before me on the 1st day of Feb 20 13.

STATE OF TEXAS
COUNTY OF COLLIN

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. [illegible] PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

_____
NOTARY PUBLIC SIGNATURE

_____
CLERK OF THE COURT

SEAL

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

CLERK SEAL

CLERK OF COURT
JUSTICE COURT
PCT. 3-2
COLLIN COUNTY, TEXAS

Penalty for making or using false affidavit -- a person who makes or uses an affidavit knowing it to be false, shall be fined as provided in the Title 18 United States Code, or imprisoned for not more than one year, or both.

Judge John Payton, JP 3-2     920 E. Park Blvd.     Suite 210     Plano, Texas 75074

**REPRINTED RECEIPT**



**Judge John E. Payton** Collin County Justice of the Peace Pct. 3-2 920 E. Park Boulevard,
Suite 210
Plano, Texas 75074
972-881-3051 *www.collincountytx.gov

| Payor | Receipt No. |
|---|---|
| FOUNTAIN, ROGER C<br>P.O. BOX 868135<br>PLANO, TX 75086 | 2013-0000479-JP32<br><br>Transaction Date<br>02/1/2013 |

| Description | Amount Paid |
|---|---:|
| FOUNTAIN, ROGER C | |
|     32-SC-13-00036 | |
|     ROGER FOUNTAIN vs. MAXIMUM SECURITY ALARM | |
|         Small Claims Filing Fee | 31.00 |
|         **SUBTOTAL** | **31.00** |
|         Remaining Balance Due: $0.00 | |
| | |
|     32-SC-13-00037 | |
|     ROGER FOUNTAIN vs. AMERICAN HOMESECURES, INC | |
|         Small Claims Filing Fee | 31.00 |
|         **SUBTOTAL** | **31.00** |
|         Remaining Balance Due: $0.00 | |
| | |
|     32-SC-13-00038 | |
|     ROGER FOUNTAIN vs. SAFETY SAM INC, DBA SAFETY SERVICES COMPANY | |
|         Small Claims Filing Fee | 31.00 |
|         **SUBTOTAL** | **31.00** |
|         Remaining Balance Due: $0.00 | |

| | |
|---|---:|
| **PAYMENT TOTAL** | **93.00** |
| Credit Card (Ref #366438541) Tendered | 93.00 |
| Total Tendered | 93.00 |
| Change | 0.00 |

| 02/01/2013 | Cashier | Audit |
|---|---|---|
| 01:28 PM | Station JP32001 | 3768709 |

**REPRINTED RECEIPT**

*I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.*

*CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS*

# THE STATE OF TEXAS

## CITATION

TO THE DEFENDANT: **SAFETY SAM INC, DBA SAFETY SERVICES COMPANY**

GREETINGS:

"YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU (OR YOUR ATTORNEY) DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TEN DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU"

YOU ARE HEREBY COMMANDED to be and appear before me, a Justice of the Peace, in and for Precinct 3-2, Collin County, Texas, at or before Ten O'clock A.M., on the Monday next after the expiration of 10 days from the date of service hereof, then and there to answer to the petition of the plaintiff.

Type of Case: **Small Claims**
Docket Number: **32-SC-13-00038**

### STYLE

| **Plaintiff** | **Defendant** |
|---|---|
| ROGER C FOUNTAIN | SAFETY SAM INC, DBA SAFETY SERVICES COMPANY |
| PO BOX 868135 | 4190 SOUTH PACIFIC DRIVE |
| PLANO TX 75086 | CHANDLER AZ 85248 |
| Represented by: | By: Devon Dickinson |

Filed on **February 01, 2013**.

The nature of the plaintiff's demand being suit upon: **See Attached Petition**

For **$ 9,500.00; 250.00 Court Costs; Attorney's fees TBD.**

Date Citation Issued: **February 05, 2013**

Citation Placed in the Hands of: **Plaintiff for Certified Mail/RRR for service**

Officially given under my hand this 5th day of February, 2013.

_____
JUDGE JOHN E. PAYTON
Justice Court 3-2
920 E. Park Boulevard
Suite 210
Plano, Texas 75074
972-881-3180



I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DEVON DICKINSON
   Registered Agent for:
   Safety Sam dba Safety
   Services Company
   4190 S. Pacific Dr.
   Chandler, AZ 85248

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Claudia Esquivel
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Claudia Esquivel
C. Date of Delivery: 2/9/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7011 1150 0001 9196 5238

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**FILED**

2013 FEB 12 PM 6:47

JUSTICE COURT
PCT. 3 PL. 2
COLLIN COUNTY, TEXAS

Sender: Please print your name, address, and ZIP+4 in this box

Justice Court 3-2
Judge John E. Payton
920 E. Park Blvd.
Suite 210
Plano, TX 75074

32-SC-13-38

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

_Norma_
CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS