CAUSE # SC-13-38

ROGER C. FOUNTAIN § In the Small Claims Court
Plaintiff

VS § Precinct Three, Place Two

SAFETY SAM INC., dba SAFETY SERVICES COMPANY § Collin County, Texas
Defendant
By Serving: DEVON DICKINSON
Registered Agent: DEVON DICKINSON

I CERTIFY THAT THIS DOCUMENT IS A TRUE COPY OF THE RECORDS OF THE JUSTICE OF PEACE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

## PLAINTIFF'S STATEMENT OF CLAIM

ROGER C. FOUNTAIN, Plaintiff, whose Driver's License number is ** 071 (Last 3 #'s) and whose MAILING address is: P.O. BOX 868135 PLANO TX 75086 COLLIN TX
Street / City / State / Zip / County / State

and telephone numbers are: 214-701-4531
Daytime / FAX / E-mail

SAFETY SAM, dba SAFETY SERVICES COMPANY, Defendant, whose Driver's License number is ** U/C (Last 3 #'s) and whose PHYSICAL address is: 4190 S. PACIFIC DRIVE CHANDLER AZ 85248
Street / City / State / Zip

U/C County, Texas, U/K Phone Number and is justly indebted to the Plaintiff in the sum of:

$ 9500.00 plus court costs of $ 250.00 for reason(s) of: VIOLATIONS OF THE FEDERAL DO NOT CALL REGISTRY, TEXAS STATE DO NOT CALL LISTS, AND THE TCPA of 1991.

plus attorney fees if applicable.

AND there are no counterclaims existing in favor of the Defendant(s) against Plaintiff(s) except:

Plaintiff(s) request(s) a judgment for a sum of money against Defendant's, plus pre-judgment interest, plus reasonable attorney fees, plus all costs of court, plus post-judgment at the highest legal rate.

Plaintiff (SIGNATURE MUST BE NOTARIZED AT COURT or PRIOR TO FILING)
*********************************************************************
On this the day, the above named person appeared and swore on an affidavit under oath that the above information set out herein is true and correct.

Subscribed to and Sworn before me this 1st day of Feb, 20 13.

JP 3-2 Court Clerk OR Notary Public, Collin County, Texas    My Commission Expires

CLERK OF COURT

Judge John E. Payton, JP 3-2    920 E. Park Boulevard    Suite 210    Plano, Texas 75074    972-881-3109    Revised 09-01-2007

CASE NO. 32861338

## AFFIDAVIT SECTION 201 (b)

Plaintiff being duly sworn on oath deposes and says that defendant (s):

(Please check the ONE that applies, sign below as Plaintiff and have this form Notarized)

[X] is NOT in the military.

[ ] is NOT on active duty in the military and/or

[ ] is NOT in a foreign country on military service.

[ ] is on active military duty and/or is subject to the Service members Civil Relief Act of 2003.

[ ] defendant has waived his rights under the Service members Civil Relief Act of 2003.

[ ] military status is unknown at this time.

_____
PLAINTIFF

Sworn to and subscribed before me on the 1st day of Feb, 2013.

STATE OF TEXAS
COUNTY OF COLLIN

FILED 2013 FEB -1 PM 1:30
JUSTICE COURT PCT. 3 PL. 2
COLLIN COUNTY, TEXAS

I CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. ___ PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

_____
CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

NOTARY PUBLIC SIGNATURE        SEAL

OR

_____
CLERK OF THE COURT            CLERK SEAL

Penalty for making or using false affidavit -- a person who makes or uses an affidavit knowing it to be false, shall be fined as provided in the Title 18 United States Code, or imprisoned for not more than one year, or both.

Judge John Payton, JP 3-2     920 E. Park Blvd.     Suite 210     Plano, Texas 75074

**REPRINTED RECEIPT**



# Judge John E. Payton Collin County Justice of the Peace Pct. 3-2 920 E. Park Boulevard, Suite 210
Plano, Texas 75074
972-881-3051 *www.collincountytx.gov

Payor
FOUNTAIN, ROGER C
P.O. BOX 868135
PLANO, TX 75086

Receipt No.
**2013-0000479-JP32**

Transaction Date
02/1/2013

| Description | Amount Paid |
|---|---:|
| FOUNTAIN, ROGER C | |
| 32-SC-13-00036 | |
| ROGER FOUNTAIN vs. MAXIMUM SECURITY ALARM | |
| Small Claims Filing Fee | 31.00 |
| **SUBTOTAL** | **31.00** |
| Remaining Balance Due: $0.00 | |
| | |
| 32-SC-13-00037 | |
| ROGER FOUNTAIN vs. AMERICAN HOMESECURES, INC | |
| Small Claims Filing Fee | 31.00 |
| **SUBTOTAL** | **31.00** |
| Remaining Balance Due: $0.00 | |
| | |
| 32-SC-13-00038 | |
| ROGER FOUNTAIN vs. SAFETY SAM INC, DBA SAFETY SERVICES COMPANY | |
| Small Claims Filing Fee | 31.00 |
| **SUBTOTAL** | **31.00** |
| Remaining Balance Due: $0.00 | |

| | |
|---|---:|
| **PAYMENT TOTAL** | **93.00** |
| Credit Card (Ref #366438541) Tendered | 93.00 |
| Total Tendered | 93.00 |
| Change | 0.00 |

| 02/01/2013 | Cashier | Audit |
|---|---|---|
| 01:28 PM | Station JP32001 | 3768709 |

**REPRINTED RECEIPT**

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

*[signature]*

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

# THE STATE OF TEXAS

## CITATION

TO THE DEFENDANT: **SAFETY SAM INC, DBA SAFETY SERVICES COMPANY**

GREETINGS:

"YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU (OR YOUR ATTORNEY) DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TEN DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU"

YOU ARE HEREBY COMMANDED to be and appear before me, a Justice of the Peace, in and for Precinct 3-2, Collin County, Texas, at or before Ten O'clock A.M., on the Monday next after the expiration of 10 days from the date of service hereof, then and there to answer to the petition of the plaintiff.

Type of Case: **Small Claims**
Docket Number: **32-SC-13-00038**

### STYLE

| Plaintiff | Defendant |
|---|---|
| ROGER C FOUNTAIN | SAFETY SAM INC, DBA SAFETY SERVICES COMPANY |
| PO BOX 868135 | 4190 SOUTH PACIFIC DRIVE |
| PLANO TX 75086 | CHANDLER AZ 85248 |
| Represented by: | By: Devon Dickinson |

Filed on **February 01, 2013.**

The nature of the plaintiff's demand being suit upon: **See Attached Petition**

For **$ 9,500.00; 250.00 Court Costs; Attorney's fees TBD.**

Date Citation Issued: **February 05, 2013**

Citation Placed in the Hands of: **Plaintiff for Certified Mail/RRR for service**

Officially given under my hand this 5th day of February, 2013.

_____
JUDGE JOHN E. PAYTON
Justice Court 3-2
920 E. Park Boulevard
Suite 210
Plano, Texas 75074
972-881-3180

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DEVON DICKINSON
   Registered Agent for:
   Safety Sam dba Safety
   Services Company
   4190 S. Pacific Dr.
   Chandler, AZ 85248

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Claudia Esquivel   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 2/19/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7011 1150 0001 9196 5238

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

UNITED STATES POSTAL SERVICE

FILED

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

2013 FEB 12 PM 6:47
JUSTICE COURT
CLERK'S PCT 3
COLLIN COUNTY, TEXAS

* Sender: Please print your name, address, and ZIP+4 in this box *

Justice Court 3-2
Judge John E. Payton
920 E. Park Blvd.
Suite 210
Plano, TX 75074

32-SC-13-38

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT
COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE
COURT PCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS
AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF
THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS